UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THADDEUS M. BATISTE                          CIVIL ACTION

VERSUS                                       NO: 05-5691

MARLIN GUSMAN                                SECTION: "J" (3)

**ORDER**

Before the Court is petitioner Thaddeus M. Batiste's "Notice of Intent". (Rec. Doc. 3). To the extent that this appears to be an attempt to appeal directly to the Fifth Circuit Court of Appeals it is premature. *See Donaldson v. Ducote*, 373 F.3d 622, 625 (5th Cir. 2004). Therefore, the Court will treat it as an objection to Magistrate Judge Knowles's denial (Rec. Doc. 2) of petitioner's motion for leave to proceed *in forma pauperis* ("IFP") (Rec. Doc. 1).

Petitioner Thaddeus M. Batiste's Objection (Rec. Doc. 3) provides no grounds to question the correctness of the magistrate's recommendation. Therefore, the Court will treat the filing as an objection to the entirety of the report and

recommendation. Pursuant to 28 U.S.C. § 636(b)(1), this Court will conduct a de novo review of petitioner's Motion for Leave to Proceed *In Forma Pauperis*.

Title 28 U.S.C. § 1915(g) bars IFP status

> if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief can be granted, unless the prisoner is under imminent danger of serious physical injury.

Petitioner's prior history of filings indicate that he has had at least three actions dismissed for failure to state a claim. The Court finds that petitioner is barred from proceeding IFP unless he is "under imminent danger of serious physical injury." Petitioner has not alleged imminent danger of injury, nor is any danger apparent from his petition.

Accordingly,

**IT IS ORDERED** that petitioner Thaddeus M. Batiste's Objection (Rec. Doc. 3) is **OVERRULED**.

New Orleans, Louisiana this the 8th day of February, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE